United States District Court
Southern District of Texas
**ENTERED**
January 20, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOUGLAS LANGSTON, § | |
| § | Docket No. 4:16-cv-3286 |
| Plaintiff, § | |
| § | JURY TRIAL DEMANDED |
| v. § | |
| § | |
| ARCHER DRILLING, LLC § | |
| § | |
| Defendant. § | |

### ORDER GRANTING AGREED RULE 41 DISMISSAL WITH PREJUDICE

Having heard and considered the Agreed Rule 41 Motion to Dismiss, the Court is of the opinion that the claims of Douglas Langston should be DISMISSED with prejudice.

IT IS SO ORDERED ON January 18, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE